# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF
PENNSYLVANIA, EX REL. EDWARD
CLYDE SILVIS,

          Petitioner

        v.

MR. MARK GARMAN,
SUPERINTENDENT AT SCI-ROCKVIEW
BOX A, 1 ROCKVIEW PLACE
BELLEFONTE, PA  16823,

         Respondent

: No. 107 WM 2017
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2018, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.